MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone:  (702) 384-4012
Facsimile:  (702) 383-0701
mfederico@ocgas.com

Attorney for Defendant
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| TAMARA WARREN, | CASE NO.:    2:19-cv-446 |
| Plaintiff, | |
| vs. | |
| COSTCO WHOLESALE CORPORATION; DOES I through X, and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

## PETITION FOR REMOVAL OF CIVIL ACTION

TO:    THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:

Petitioner  COSTCO  WHOLESALE  CORPORATION  (hereinafter  "Petitioner"),  a Washington Corporation respectfully shows:

1.    Petitioner is the Defendant in the above-entitled action;

2.    On February 27, 2019, an action was commenced against Defendant/Petitioner COSTCO WHOLESALE CORPORATION and is now pending in the District Court, Clark County, Nevada as Case No. A-19-790160-C.  Process of Service was served upon Defendant/Petitioner on March 8, 2019.  Copies of the Complaint and Summons are attached hereto as Exhibits "A" and "B" respectively;

3.     This Notice is timely filed pursuant to 28 U.S.C. §1446(a) and (b);

4.     Defendant/Petitioner is informed and believes and thereon alleges that there has been no further proceedings or papers filed in said action;

5.     This action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C.A. §1332 and is one which may be removed to this Court by Defendant/Petitioner pursuant to the provisions of 28 U.S.C.A. §1441(a)(b) in that it is a civil action which allegedly arises out of a dispute involving diverse parties where the amount in controversy exceeds the sum or value of $75,000 due to the Plaintiff allegedly undergoing ongoing medical care from a November 21, 2018 accident. The injuries are claimed by Plaintiff to be bruised left and right shins, injured big toes on both fees and strain to right shoulder with resulting shoulder surgery. Plaintiff has claimed in excess of $15,000.00 in damages in the Complaint. Plaintiff's counsel has advised that this is an arbitration exemption case and could not stipulate to a damages cap of $75,000.00. All of this resulted after the subject accident and this Court has original jurisdiction over the claims set forth in Plaintiff's Complaint (*see*, Plaintiff's First Report of Incident, attached hereto as Exhibit "D");

6.     A copy of Defendant/Petitioner's Notice of Removal of the above-entitled action to the United States District Court for the District of Nevada, together with copies of the Summons and Complaint have been deposited with the Deputy Clerk in the Clerk's office for the Eighth Judicial District Court of the State of Nevada. (*See* copy of Notice of Filing Notice of Removal attached hereto as Exhibit "C");

7.     Copies of all pleadings and papers served upon Defendant in the above-entitled action are filed herewith; and

8.     This Petition is filed with the Court within thirty (30) days after receipt by Defendant/Petitioner herein of the Complaint in the above-entitled action.

///

///

///

///

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
Law Offices of
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Telecopier (702) 383-0701

WHEREFORE, Defendant/Petitioner prays that the above-entitled action be removed from the Eighth Judicial District Court of the State of Nevada in and for the County of Clark to this Court.

DATED this ___14___ day of March, 2019.

                          OLSON, CANNON, GORMLEY
                          ANGULO & STOBERSKI


                          _____
                          MICHAEL A. FEDERICO, ESQ.
                          Nevada Bar No. 005946
                          9950 West Cheyenne Avenue
                          Las Vegas, Nevada  89129
                          Attorneys for Defendant
                          COSTCO WHOLESALE CORPORATION

*Law Offices of*
**OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Telecopier (702) 383-0701

## AFFIDAVIT OF MICHAEL A. FEDERICO, ESQ.

STATE OF NEVADA    )
                      ) ss:
COUNTY OF CLARK    )

MICHAEL A. FEDERICO, ESQ., being first duly sworn deposes and says:

1.    That your affiant is an attorney duly licensed to practice law in the State of Nevada and in the United States District Court, District of Nevada, and that he is a member of the law firm of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI, maintaining offices at 9950 West Cheyenne Avenue, Las Vegas, Nevada 89129;

2.    That your affiant is the attorney for Defendant COSTCO WHOLESALE CORPORATION and makes this affidavit on behalf of the Defendant herein and that affiant has prepared and read the foregoing notice and knows the matters set forth and contained therein to be true and correct to the best of affiant's knowledge and belief;

3.    Your affiant further states that on March 14, 2019, he caused to be filed with the Clerk of the Eighth Judicial District Court, a copy of Defendant's Petition for Removal of Civil Action of the above-entitled action to the United States District Court for the District of Nevada at Las Vegas, together with all exhibits, by depositing such copies with the Deputy Clerk in the Clerk's office for the Eighth Judicial District Court of the State of Nevada at the office of the County Clerk, Clark County Courthouse, Las Vegas, Nevada 89101; and

4.    That your affiant caused to be served a Notice of Removal on Lina Sadovnikaite, Esq., Benson & Bingham, 11441 Allerton Park Drive, Suite 100, Las Vegas, Nevada 89135, attorney of record for the Plaintiff in the above-entitled action by depositing the same in the United States mail on March 14, 2019.

_____
MICHAEL A. FEDERICO, ESQ.

Subscribed and sworn before me
this 14th day of MARCH , 2019.

_____
NOTARY PUBLIC in and for said
County and State

E. JANE HOLLINGSWORTH
Notary Public-State of Nevada
APPT. NO. 94-0792-1
My Appt. Expires February 28, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Olson, Cannon, Gormley, Angulo & Stoberski, and that on the 14th day of March, 2019, I caused to be served a true and correct copy of foregoing **PETITION FOR REMOVAL OF CIVIL ACTION** through the CM/ECF system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

Lina Sadovnikaite, Esq.
Benson & Bingham
11441 Allerton Park Dr., Ste. 100
Las Vegas, NV 89135
(702) 382-9797
F: (702) 382-9798
litigate@bensonbingham.com

An Employee of Olson, Cannon, Gormley
Angulo & Stoberski